FILED

2026 Feb-03  AM 09:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

PFE/CRG: FEB. 2026
HBO GJ #5

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| HABONISUN MYNEZ CHAVERST and | ) | |
| KEONNA DANIELLA CEPHUS | ) | |
| | ) | |

## INDICTMENT

The Grand Jury charges that:

## INTRODUCTION

At all times material to this Indictment:

1.     Defendants **HABONISUN MYNEZ CHAVERST** and **KEONNA DANIELLA CEPHUS**, were individuals residing in the Birmingham, Alabama area, within the Northern District of Alabama.

2.     Hoover Tactical Firearms is a federally licensed firearms dealer with a retail store located in Hoover, Alabama.  Hoover Tactical Firearms maintains a selection of firearms and ammunition for sale at its store and the firearms referenced below were in Hoover Tactical Firearms' inventory at all times relevant to this Indictment.

3.     The "ATF Form 4473" is a Firearms Transaction Record required by the Bureau of Alcohol, Tobacco, Firearms and Explosives to be completed when a

person seeks to purchase or transfer a firearm from a federally licensed firearms dealer.

## COUNT ONE:
## CONSPIRACY TO STRAW PURCHASE FIREARMS AND SUBMIT FALSE ATF FORM 4473
## [18 U.S.C. § 371]

4.      Paragraphs 1 through 3 of this Indictment are hereby re-alleged and incorporated by reference as though fully set forth herein.

5.      Beginning in or around October 2024, and continuing through on or about November 8, 2024, in Jefferson County, within the Northern District of Alabama, and elsewhere, the defendants,

**HABONISUN MYNEZ CHAVERST and
KEONNA DANIELLA CEPHUS,**

did knowingly and willfully conspire, combine, and agree with each other, and with others known and unknown to the Grand Jury, to commit offenses against the United States, that is, to devise and intend to devise a scheme and artifice to make false and fictitious written statements intended and likely to deceive federally licensed firearms dealers with respect to a fact material to the lawfulness of the sale and disposition of a firearm, in violation of Title 18, United States Code, Section 922(a)(6), all in violation of Title 18, United States Code, Section 371.

## OBJECT OF CONSPIRACY

6.      It was an object of the conspiracy that **CHAVERST** and **CEPHUS** would fraudulently obtain firearms using false and fictitious written statements on multiple ATF Forms 4473 to deceive Hoover Tactical Firearms into transferring firearms to **CEPHUS,** who would then provide the firearms to **CHAVERST**.

## MANNER AND MEANS OF THE CONSPIRACY

To further the objects and goals of the conspiracy, conspirators used the following manner and means:

7.      It was part of the conspiracy that **CHAVERST** would provide **CEPHUS** with U.S. currency, or **CEPHUS** and **CHAVERST** would pool their money together to purchase firearms from Hoover Tactical Firearms.

8.      It was also a part of the conspiracy that **CEPHUS** would conceal from Hoover Tactical Firearms that **CHAVERST** was the actual purchaser and intended recipient of the firearms.

9.      It was also a part of the conspiracy that after **CEPHUS** had obtained firearms from Hoover Tactical Firearms, she would provide them to **CHAVERST**.

10.      It was also a part of the conspiracy that **CHAVERST** intended to compensate **CEPHUS** by helping her purchase an automobile for procuring firearms on his behalf.

## OVERT ACTS

In furtherance of the conspiracy, the following overt acts were committed by conspirators, within the Northern District of Alabama, and elsewhere:

11.    On or about November 4, 2024, **CEPHUS** used U.S. currency provided by **CHAVERST** to purchase two .40 caliber Glock 22 pistols from Hoover Tactical Firearms.  On ATF Form 4473 for the purchase, **CEPHUS** indicated she was the actual buyer of the firearm.  **CEPHUS** delivered the firearms to **CHAVERST**, the intended recipient.

12.    On or about November 8, 2024, **CEPHUS** used U.S. currency provided by **CHAVERST** to purchase two .40 caliber Glock 23 pistols and two 9mm Glock 17 pistols from Hoover Tactical Firearms.  On ATF Form 4473 for the purchase, **CEPHUS** indicated she was the actual buyer of the firearm.  **CEPHUS** intended to deliver the firearms to **CHAVERST** that same day.

13.    In total, **CEPHUS** purchased two .40 caliber Glock 22 pistols, two .40 caliber Glock 23 pistols, and two 9mm Glock 17 pistols from Hoover Tactical Firearms, each time falsely completing an ATF Form 4473 by indicating that she was the actual buyer of each firearm and delivered all six firearms to **CHAVERST** in furtherance of the conspiracy.

All in violation of Title 18, United States Code, Section 371.

**COUNTS TWO AND THREE:**
**Making a False Statement During the Purchase of a Firearm**
**[18 U.S.C. §§ 922(a)(6) and 924(a)(2)]**

14.     Paragraphs 1 through 3 of this Indictment are hereby re-alleged and incorporated by reference as though fully set forth herein.

15.     On or about the date specified below for each Count, in Jefferson County, within the Northern District of Alabama, the defendant,

**KEONNA DANIELLA CEPHUS,**

in connection with the acquisition of a firearm as specified below for each Count, from Hoover Tactical Firearms, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious oral and written statement to an employee of Hoover Tactical Firearms, which statement was intended and likely to deceive Hoover Tactical Firearms, as to a fact material to the lawfulness of such sale and acquisition of the said firearm to the defendant under Chapter 44 of Title 18, in that **CEPHUS** did execute a Department of Justice, Bureau of Alcohol, Tobacco and Firearms Form 4473, Firearm Transaction Record, to the effect that she was the actual buyer of the firearm indicated on Form 4473, when in fact as defendant **CEPHUS** then knew, she was not the actual buyer and intended recipient of the firearm.

| Count | Date | Firearm |
|---|---|---|
| 2 | November 4, 2024 | Two .40 caliber Glock 22 pistols |
| 3 | November 8, 2024 | Two .40 caliber Glock 23 pistols; and Two 9mm Glock 17 pistols |

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

A TRUE BILL

*/s/ Electronic Signature*
FOREPERSON OF THE GRAND JURY

PRIM F. ESCALONA
United States Attorney

*/s/ Electronic Signature*
CARSON R. GILBERT
Assistant United States Attorney